1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JOSEPH V. WARD,                              No.  2:23-cv-01212 DB P

12                    Petitioner,

13        v.                                      ORDER AND

14   UNKNOWN,                                     FINDINGS AND RECOMMENDATIONS

15                    Respondent.

16

17          By order filed on June 29, 2023, petitioner's partial habeas application presented on a

18   state court form was dismissed and thirty days' leave was granted to file a full petition and to

19   submit the filing fee or an application requesting leave to proceed in forma pauperis. The time

20   granted has expired, and petitioner has not responded to the court's order.

21          In accordance with the above, IT IS HEREBY ORDERED that the Clerk of the Court is

22   directed to assign a district judge to this case.

23          In addition, IT IS HEREBY RECOMMENDED that this action be dismissed without

24   prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

25          These findings and recommendations are submitted to the United States District Judge

26   assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days

27   after being served with these findings and recommendations, petitioner may file written

28   objections with the court. The document should be captioned "Objections to Magistrate Judge's

1

1    Findings and Recommendations." Petitioner is advised that failure to file objections within the

2    specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d

3    1153 (9th Cir. 1991).

4    Dated:  August 14, 2023

5

6

7    DLB7
     ward1212.fta.hab

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28